Copy to AUSA

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>LG MODEL STYLO 5, BLUE AND BLACK IN COLOR, WITH IMEI:<br>355692100410864 AND AN ANDROID MODEL QS5509A, BLACK IN<br>COLOR, WITH SERIAL NUMBER 07A80760, CURRENTLY LOCATED AT<br>125 E. JOHN CARPENTER FWY., IRVING, TEXAS | ) ) ) ) ) ) )   Case No.   4:20-MJ- 046 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the       Northern      District of       Texas      
*(identify the person or describe the property to be searched and give its location)*:
LG model Stylo 5, blue and black in color, with IMEI: 355692100410864 and an Android model QS5509A, black in color, with serial number 07A80760, located at 125 E. John Carpenter Fwy., Irving, TX, as described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before       2/10/2020      
                                                                                    *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Jeffrey L. Cureton
                                                        *(name)*

N/A I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   1/27/2020 @ 1:33 pm                                         _____
                                                                                                                *Judge's signature*

City and state:   Fort Worth, Texas                                         Jeffrey L. Cureton, United States Magistrate Judge
                                                                                                                *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 4:20-MJ-046 | Date and time warrant executed: Februray 5, 2020 10:00am | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: | | |

Inventory of the property taken and name of any person(s) seized: Electronic evidence from LG cellphone model Stylo5 and Android cellphone model QS5509A.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/18/2020

Executing officer's signature

Rudy S Lara    SA/HSI
Printed name and title